UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:24-MC-5 |
| $81,500.00 in U.S. Currency, *et al.*, | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Motion For Extension Of Time To File Complaint For Forfeiture And/Or To Obtain Indictment Alleging Forfeiture [DE 1] filed by the Government on January 22, 2024. The Government, pursuant to 18 U.S.C. § 983(a)(3)(A), requests additional time to file a Complaint for forfeiture and/or obtain an Indictment/Information alleging forfeiture concerning the following assets (referred to as "Defendant Property"):

$81,500.00 in United States Currency
$545.00 in United States Currency
$80,306.00 in United States Currency
$30,381.12 in United States Currency
$35,040.00 in United States Currency
$9,970.00 in United States Currency
Assorted Gold Jewelry, VL: $68,000.00

Tan Minh Tran and Adriana Jones have each filed a claim to some of the Defendant Property in administrative forfeiture proceedings. The Government represents that neither party objects to the motion.

The court, being duly advised, herby **GRANTS** the motion [DE 1].

It is **ORDERED** that the Government shall have until February 29, 2024, to file a Complaint against the Defendant Property and/or obtain an Indictment/Information including a forfeiture allegation.

ENTERED this 22nd day of January, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge