UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| v.   ) | |
| ) | Case No. 2:24-mc-5 |
| $81,500.00 in U.S. Currency, *et al.*,  ) | |
| ) | |
| Defendants.   ) | |

**MOTION TO DISMISS**

Comes now the United States of America, by Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Madison Lo Dolce, Assistant United States Attorney, and moves to voluntarily dismiss the case against Defendant Property, $81,500.00 in U.S. Currency, $545.00 in U.S. Currency, $80,306.00 in U.S. Currency, $30,381.12 in U.S. Currency, $35,040.00 in U.S. Currency, $9,970.00 in U.S. Currency, and Assorted Gold Jewelry, VL: $68,000.00 in U.S. Currency.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    */s/Madison Lo Dolce*
Madison Lo Dolce
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel: (219) 937-5500
Fax:  (219) 852-2770
E-mail: Madison.LoDolce@usdoj.gov

## CERTIFICATE OF SERVICE

On April 23, 2024, I served his motion by electronic mail on the following:

Michael Elsner
melsner@motleyrice.com

Sam Mitchell
Sam@mitchellfirmllc.com

By:    /S/ *Madison Lo Dolce*
Madison Lo Dolce
Assistant U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
(219)937-5515; fax: (219)937-5550
email:Madison.lodolce@usdoj.gov